UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Dennie Henry, et al.,
    Plaintiffs

vs.                                        Case No. 1:13-cv-419

City of Middletown,
    Defendant

## JUDGMENT

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

**X**    **Decision by Court:**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is **GRANTED**. Plaintiff's complaint is **dismissed with prejudice**. Defendant's motion to strike and/or seal the affidavit of Carrie Carpenter is **DENIED**.

Date: January 12, 2015                          John P. Hehman, Clerk

                                                          By: s/Mary C. Brown
                                                          Mary C. Brown, Deputy Clerk